**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Donald E. Bittner** | : | Case No. 12–11419–TPA |
| **Janice L. Bittner** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 76 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/19/18 at 12:00 PM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of July, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 76 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  *On or before September 10, 2018*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on *September 19, 2018 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

    _____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-11419-TPA
Donald E. Bittner                                                   Chapter 13
Janice L. Bittner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: vson                   Page 1 of 2                    Date Rcvd: Jul 27, 2018
                                Form ID: 300a                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db/jdb         +Donald E. Bittner,   Janice L. Bittner,   1944 Cole Drive,   Erie, PA 16505-2820
13484023       ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
                (address filed with court:  Aaron Sales & Lease Ow,   1015 Cobb Place Blvd Nw,
                Kennesaw, GA 30144)
13484024       +Associated Receivable,   1058 Claussen Rd Ste 110,   Augusta, GA 30907-0301
13484025       +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
13521023       +Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13514864       +CASHCALL, INC.,   co Weinstein and Riley, PS,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
13484027       +Cbalv/creditech,   Po Box 99,   Bangor, PA 18013-0099
13484029       +Fnb Cons Disc Co,   2501 W 12th St,   Erie, PA 16505-4527
13484030       +I C System,   Attn: Bankruptcy,   444 Highway 96 East, P.O. Box 64444,
                Saint Paul, MN 55164-0444
13484031       +Ic Systems Inc,   Po Box 64378,   St. Paul, MN 55164-0378
13484032        Nco Fin/51,   Po Box 13574,   Philadelphia, PA 19101
13547779       +Pennsylvania Electric Company,   a First Energy Company,   331 Newman Springs Road,
                Building 3,   Red Bank, NJ 07701-5688
13484033       +Pinnacle Financial Gro,   7825 Washington Ave S St,   Minneapolis, MN 55439-2430
13484034       +Prompt Recovery Servic,   Po Box 940,   Twinsburg, OH 44087-0940
13531846       +Santander Consumer USA,   Po Box 560284,   Dallas, TX 75356-0284
13532957       +Santander Consumer USA, Inc.,   d/b/a CitiFinancial Auto Corp.,   P.O. Box 961245,
                Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13545319       +E-mail/Text: EBNProcessing@afni.com Jul 28 2018 02:32:24      Afni, Inc.,   PO Box 3667,
                Bloomington, IL 61702-3667
13539630        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2018 02:39:58
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13484026        E-mail/Text: bankruptcy@cashcall.com Jul 28 2018 02:33:17      Cashcall Inc,
                Attention: Bankruptcy Department,   1600 S Douglass Rd,   Anaheim, CA 92806
13484028       +E-mail/Text: matthartweg@cbjcredit.com Jul 28 2018 02:33:14      Cbj Crd Recv,   117 W 4th St,
                Jamestown, NY 14701-5005
13759210        E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Green Tree Servicing LLC,
                P.O. Box 6154,   Rapid City, SD 57709-6154
13759161       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Green Tree Servicing LLC,
                P O Box 0049,   Palatine, IL 60055-0001
13484021       +E-mail/Text: cio.bncmail@irs.gov Jul 28 2018 02:31:26      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
13545191       +E-mail/Text: Bankruptcy@natfuel.com Jul 28 2018 02:32:11      National Fuel,   Legal Dept.,
                P.O. Box 2081,   Erie, PA 16512-2081
13484022       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:32:00
                Pennsylvania Department of Revenue,   Department 280946,   Harrisburg, PA 17128-0001
13484036        E-mail/PDF: cbp@onemainfinancial.com Jul 28 2018 02:38:44      Springleaf Financial S,
                18 Millcreek Sq,   Erie, PA 16565
13484037       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2018 02:31:07
                Verizon Pen,   Verizon Wireless Department/Attn: Bankru,   Po Box 3397,
                Bloomington, IL 61702-3397
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A.
cr              DITECH FINANCIAL LLC
cr*            ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
                (address filed with court:  Green Tree Servicing LLC,   PO Box 6154,   Rapid City, SD  57709)
13484035       ##+Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-N,   Dallas, TX 75247-3822
                                                                                   TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1           User: vson                 Page 2 of 2                   Date Rcvd: Jul 27, 2018
                               Form ID: 300a              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey G. Herman    on behalf of Debtor Donald E. Bittner JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jeffrey G. Herman    on behalf of Joint Debtor Janice L. Bittner JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor   Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 8
```