**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DONALD E. BITTNER
JANICE L. BITTNER
       Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
     vs.
No Repondents.

Case No.:12-11419 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/04/2012 and confirmed on 12/20/12 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,955.42 |
| Less Refunds to Debtor | 820.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 62,134.87 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 2,374.71 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,074.71 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 48,670.68 | 0.00 | 48,670.68 |
|     Acct: 8771 | | | | |
|   GREEN TREE SERVICING LLC | 3,389.48 | 3,389.48 | 0.00 | 3,389.48 |
|     Acct: 8771 | | | | |
|   BOBS IRRESISTIBLE AUTO SALES | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 |
|     Acct: XX0785 | | | | |
| | | | | 56,060.16 |
| **Priority** | | | | |
|   JEFFREY G HERMAN ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD E. BITTNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD E. BITTNER | 820.55 | 820.55 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERMAN & HERMAN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9792 | | | | |
|   ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6892 | | | | |
|   ASSOCIATED CLINICAL LABORATORY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6893 | | | | |
|   ASSOCIATED RECEIVABLE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9111 | | | | |
|   CARMEL FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7707 | | | | |
|   CASHCALL INC** | 2,627.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 0050 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5:11 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |

12-11419 TPA                                                                                                                Page 2 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXX3:10 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2534 | | | | |
| CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3098 | | | | |
| FNB CDC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0801 | | | | |
| HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8079 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0339 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 411.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1915 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9570 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8372 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8114 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8439 | | | | |
| NORTHWEST BEACON GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXMATT | | | | |
| ORTHOPAEDIC AND SPORTS MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3878 | | | | |
| PETER DOBRZNSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8281 | | | | |
| PINNACLE FINANCIAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7392 | | | | |
| PINNACLE FINANCIAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7391 | | | | |
| PROMPT RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6964 | | | | |
| PROMPT RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9448 | | | | |
| REGIONAL HEALTH SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3804 | | | | |
| SANTANDER CONSUMER USA DBA CITIF | 1,067.63 | 0.00 | 0.00 | 0.00 |
| Acct: 3168 | | | | |
| HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AMERICAN INFOSOURCE LP | 366.26 | 0.00 | 0.00 | 0.00 |
| Acct: 4902 | | | | |
| AFNI INC**++ | 234.28 | 0.00 | 0.00 | 0.00 |
| Acct: 3557 | | | | |
| PENELEC/FIRST ENERGY** | 1,660.73 | 0.00 | 0.00 | 0.00 |
| Acct: 7350 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                   56,060.16

| | |
|---|---|
| TOTAL | |
| CLAIMED | 0.00 |
| PRIORITY | 7,389.48 |
| SECURED | 6,368.14 |

Date: 07/26/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DONALD E. BITTNER
    JANICE L. BITTNER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-11419 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                       BY THE COURT:

                                                       U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 12-11419-TPA
Donald E. Bittner                                                   Chapter 13
Janice L. Bittner
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1         User: vson              Page 1 of 2              Date Rcvd: Jul 27, 2018
                             Form ID: pdf900         Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db/jdb         +Donald E. Bittner,    Janice L. Bittner,    1944 Cole Drive,    Erie, PA 16505-2820
13484023       ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court:   Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
13484024       +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
13484025       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13521023       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13514864       +CASHCALL, INC.,    co Weinstein and Riley, PS,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13484027       +Cbalv/creditech,    Po Box 99,    Bangor, PA 18013-0099
13484029       +Fnb Cons Disc Co,    2501 W 12th St,    Erie, PA 16505-4527
13484030       +I C System,    Attn: Bankruptcy,    444 Highway 96 East, P.O. Box 64444,
                 Saint Paul, MN 55164-0444
13484031       +Ic Systems Inc,    Po Box 64378,    St. Paul, MN 55164-0378
13484032        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13547779       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
                 Building 3,    Red Bank, NJ 07701-5688
13484033       +Pinnacle Financial Gro,    7825 Washington Ave S St,    Minneapolis, MN 55439-2430
13484034       +Prompt Recovery Servic,    Po Box 940,    Twinsburg, OH 44087-0940
13531846       +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13532957       +Santander Consumer USA, Inc.,    d/b/a CitiFinancial Auto Corp.,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13545319       +E-mail/Text: EBNProcessing@afni.com Jul 28 2018 02:32:25      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13539630        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2018 02:38:33
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13484026        E-mail/Text: bankruptcy@cashcall.com Jul 28 2018 02:33:17      Cashcall Inc,
                 Attention: Bankruptcy Department,    1600 S Douglass Rd,    Anaheim, CA 92806
13484028       +E-mail/Text: matthartweg@cbjcredit.com Jul 28 2018 02:33:14      Cbj Crd Recv,    117 W 4th St,
                 Jamestown, NY 14701-5005
13759210        E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13759161       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28      Green Tree Servicing LLC,
                 P O Box 0049,    Palatine, IL 60055-0001
13484021       +E-mail/Text: cio.bncmail@irs.gov Jul 28 2018 02:31:26      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13545191       +E-mail/Text: Bankruptcy@natfuel.com Jul 28 2018 02:32:11      National Fuel,    Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
13484022       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:32:01
                 Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
13484036        E-mail/PDF: cbp@onemainfinancial.com Jul 28 2018 02:38:45      Springleaf Financial S,
                 18 Millcreek Sq,    Erie, PA 16565
13484037       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2018 02:31:08
                 Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                 Bloomington, IL 61702-3397
                                                                                              TOTAL: 11
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A.
cr              DITECH FINANCIAL LLC
cr*            ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:   Green Tree Servicing LLC,    PO Box 6154,    Rapid City, SD  57709)
13484035       ##+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                 TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: vson                  Page 2 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey G. Herman    on behalf of Debtor Donald E. Bittner JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jeffrey G. Herman    on behalf of Joint Debtor Janice L. Bittner JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 8
```