IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DONALD E. BITTNER | : | BANKRUPTCY NO.  12-11419-TPA |
| JANICE L. BITTNER | : | |
| | : | CHAPTER 13 |
| Debtors | : | |
| _____ | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are NOT required to pay a Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 21, 2018 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, *See Document #66 & 67*

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

August 4, 2018                                                                 Respectfully Submitted,


                                                                               S\:    Jeffrey G. Herman_____
                                                                               Jeffrey G. Herman, Esq. PA LIC #82001
                                                                               HERMAN & HERMAN, LLC
                                                                               114 High Street – PO Box 455
                                                                               Waterford, PA 16441
                                                                               PHONE  (814) 796-1987
                                                                               FAX  (814) 796-0726
                                                                               E-MAIL  JeffreyHerman@Live.com