| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Donald E. Bittner**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–4472**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Janice L. Bittner**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–4135**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **12–11419–TPA** | | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald E. Bittner                                       Janice L. Bittner

9/12/18                                    **By the court:**    Thomas P. Agresti
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald E. Bittner
Janice L. Bittner
    Debtors

Case No. 12-11419-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 2     Date Rcvd: Sep 12, 2018
                   Form ID: 3180W     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.
```
db/jdb         +Donald E. Bittner,    Janice L. Bittner,    1944 Cole Drive,    Erie, PA 16505-2820
13484024       +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
13521023       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13514864       +CASHCALL, INC.,    co Weinstein and Riley, PS,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13484027       +Cbalv/creditech,    Po Box 99,    Bangor, PA 18013-0099
13484029       +Fnb Cons Disc Co,    2501 W 12th St,    Erie, PA 16505-4527
13484032        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13547779       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
                 Building 3,    Red Bank, NJ 07701-5688
13484033       +Pinnacle Financial Gro,    7825 Washington Ave S St,    Minneapolis, MN 55439-2430
13484034       +Prompt Recovery Servic,    Po Box 940,    Twinsburg, OH 44087-0940
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:24:24     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13484023        EDI: AAEO.COM Sep 13 2018 05:58:00      Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144
13545319       +EDI: AFNIRECOVERY.COM Sep 13 2018 05:58:00      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13539630        EDI: AIS.COM Sep 13 2018 05:58:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13484025       +EDI: BANKAMER.COM Sep 13 2018 05:58:00      Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA 93065-6285
13484026        E-mail/Text: bankruptcy@cashcall.com Sep 13 2018 02:26:16      Cashcall Inc,
                 Attention: Bankruptcy Department,    1600 S Douglass Rd,    Anaheim, CA 92806
13484028       +E-mail/Text: matthartweg@cbjcredit.com Sep 13 2018 02:26:14      Cbj Crd Recv,    117 W 4th St,
                 Jamestown, NY 14701-5005
13759210        E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2018 02:23:56      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13759161       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2018 02:23:56      Green Tree Servicing LLC,
                 P O Box 0049,    Palatine, IL 60055-0001
13484030       +EDI: IIC9.COM Sep 13 2018 05:58:00      I C System,   Attn: Bankruptcy,
                 444 Highway 96 East, P.O. Box 64444,    Saint Paul, MN 55164-0444
13484031       +EDI: IIC9.COM Sep 13 2018 05:58:00      Ic Systems Inc,    Po Box 64378,
                 St. Paul, MN 55164-0378
13484021       +EDI: IRS.COM Sep 13 2018 05:58:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13545191       +E-mail/Text: Bankruptcy@natfuel.com Sep 13 2018 02:25:03      National Fuel,    Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
13484022       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:24:24
                 Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
13484033       +EDI: PINNACLE.COM Sep 13 2018 05:58:00      Pinnacle Financial Gro,    7825 Washington Ave S St,
                 Minneapolis, MN 55439-2430
13484036        EDI: AGFINANCE.COM Sep 13 2018 05:58:00      Springleaf Financial S,    18 Millcreek Sq,
                 Erie, PA 16565
13531846       +EDI: DRIV.COM Sep 13 2018 05:58:00      Santander Consumer USA,    Po Box 560284,
                 Dallas, TX 75356-0284
13532957       +EDI: DRIV.COM Sep 13 2018 05:58:00      Santander Consumer USA, Inc.,
                 d/b/a CitiFinancial Auto Corp.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13484035       +EDI: DRIV.COM Sep 13 2018 05:58:00      Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,
                 Dallas, TX 75247-3822
13484037       +EDI: VERIZONCOMB.COM Sep 13 2018 05:58:00      Verizon Pen,
                 Verizon Wireless Department/Attn: Bankru,    Po Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 20
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A.
cr              DITECH FINANCIAL LLC
cr              Ditech Financial LLC fka Green Tree Servicing LLC
cr*            ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court: Green Tree Servicing LLC,     PO Box 6154,    Rapid City, SD  57709)
                                                                                              TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: bsil              Page 2 of 2              Date Rcvd: Sep 12, 2018
                               Form ID: 3180W          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey G. Herman    on behalf of Debtor Donald E. Bittner JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jeffrey G. Herman    on behalf of Joint Debtor Janice L. Bittner JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 9
```