FILED
9/12/18 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DONALD E. BITTNER
   JANICE L. BITTNER
      Debtor(s)

   Ronda J. Winnecour
      Movant
      vs.
   No Repondents.

Case No.:12-11419 TPA

Chapter 13

Document No.: 76

### ORDER OF COURT

AND NOW, this __12th__ day of __September__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                      BY THE COURT
                                      _____
                                      U.S. BANKRUPTCY JUDGE

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-11419-TPA
Donald E. Bittner                                                       Chapter 13
Janice L. Bittner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil            Page 1 of 2            Date Rcvd: Sep 12, 2018
                              Form ID: pdf900       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
```
db/jdb         +Donald E. Bittner,    Janice L. Bittner,    1944 Cole Drive,    Erie, PA 16505-2820
13484023       ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aaron Sales & Lease Ow,     1015 Cobb Place Blvd Nw,
                   Kennesaw, GA 30144)
13484024       +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
13484025       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13521023       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13514864       +CASHCALL, INC.,    co Weinstein and Riley, PS,    2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
13484027       +Cbalv/creditech,    Po Box 99,    Bangor, PA 18013-0099
13484029       +Fnb Cons Disc Co,    2501 W 12th St,    Erie, PA 16505-4527
13484030       +I C System,    Attn: Bankruptcy,    444 Highway 96 East, P.O. Box 64444,
                   Saint Paul, MN 55164-0444
13484031       +Ic Systems Inc,    Po Box 64378,    St. Paul, MN 55164-0378
13484032        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13547779       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
                   Building 3,    Red Bank, NJ 07701-5688
13484033       +Pinnacle Financial Gro,    7825 Washington Ave S St,    Minneapolis, MN 55439-2430
13484034       +Prompt Recovery Servic,    Po Box 940,    Twinsburg, OH 44087-0940
13531846       +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13532957       +Santander Consumer USA, Inc.,    d/b/a CitiFinancial Auto Corp.,    P.O. Box 961245,
                   Fort Worth, TX 76161-0244
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13545319       +E-mail/Text: EBNProcessing@afni.com Sep 13 2018 02:25:23      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13539630        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2018 02:45:50
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13484026        E-mail/Text: bankruptcy@cashcall.com Sep 13 2018 02:26:16      Cashcall Inc,
                 Attention: Bankruptcy Department,    1600 S Douglass Rd,    Anaheim, CA 92806
13484028       +E-mail/Text: matthartweg@cbjcredit.com Sep 13 2018 02:26:14      Cbj Crd Recv,    117 W 4th St,
                 Jamestown, NY 14701-5005
13759210        E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2018 02:23:56      Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
13759161       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2018 02:23:56      Green Tree Servicing LLC,
                 P O Box 0049,    Palatine, IL 60055-0001
13484021       +E-mail/Text: cio.bncmail@irs.gov Sep 13 2018 02:23:53      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13545191       +E-mail/Text: Bankruptcy@natfuel.com Sep 13 2018 02:25:03      National Fuel,    Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
13484022       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:24:23
                 Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
13484036        E-mail/PDF: cbp@onemainfinancial.com Sep 13 2018 02:45:58      Springleaf Financial S,
                 18 Millcreek Sq,    Erie, PA 16565
13484037       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 13 2018 02:23:35
                 Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                 Bloomington, IL 61702-3397
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             BANK OF AMERICA, N.A.
cr             Bank of America, N.A.
cr             DITECH FINANCIAL LLC
cr             Ditech Financial LLC fka Green Tree Servicing LLC
cr*           ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                 (address filed with court: Green Tree Servicing LLC,    PO Box 6154,    Rapid City, SD  57709)
13484035       ##+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                    TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1           User: bsil                  Page 2 of 2                   Date Rcvd: Sep 12, 2018
                               Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey G. Herman    on behalf of Debtor Donald E. Bittner JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jeffrey G. Herman    on behalf of Joint Debtor Janice L. Bittner JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 9
```